# Exhibit 4

# WARRANTY DEED
## ILLINOIS STATUTORY

```
Type: DW
Recorded: 10/20/2021 10:38:14 AM
Fee Amt: $1,860.00  Page 1 of 2
Receipt#: 202100089243
IL Rental Housing Fund: $9.00
State Stamp Fee: $1200.00
County Stamp Fee: $600.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder
```

## File# 7836061

```
REAL ESTATE TRANSFER TAX
         County:    $600.00
        Illinois: $1,200.00
           Total: $1,800.00

       Stamp No:    1-214-203-024
  Declaration ID:   20210804929756
   Instrument No:   7836061
            Date:   20-Oct-2021
```

CT 21ST 0246NB 2/3 *[handwritten]*

**/1635** *[handwritten correction]*

THE GRANTOR, **VALERY VASILYEV, a single man,** of the County of Lake, State of Illinois, for and in consideration of TEN ($10.00) DOLLARS, and other good and valuable consideration in hand paid, **CONVEYS** and **WARRANTS** unto **GRANTEES, Sugunakar Reddy Vangala and Deepika Reddy Gaddam as co-trustees of the Sugunakar Reddy Vangala Revocable Living Trust dated April 12, 2016**

**Strike Inapplicable

~~(a) as Tenants in Common~~
~~(b) not as Tenants in Common, but as Joint Tenants~~
(c) husband and wife, as Tenants by the Entirety

**(GRANTEE'S ADDRESS)** of ~~1634~~ **1635** Crowfoot Circle, Hoffman Estates, Illinois 60169, of the County of Cook, all interest in the following described Real Estate situated in the County of LAKE, in the State of Illinois, to wit:

LOT 56 IN DEERFIELD WOODS, BEING A SUBDIVISION OF PART OF THE SOUTHEAST 1/4 OF SECTION 14, TOWNSHIP 43 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MAY 7, 1955 AS DOCUMENT 864062, IN BOOK 33 OF PLATS, PAGE 30, IN LAKE COUNTY, ILLINOIS.

Permanent Index Number(s):     <u>15-14-403-028-0000</u>
Address of Real Estate:        <u>66 Hickory Lane, Lincolnshire, Illinois 60069</u>

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

Dated this _9ᵗʰ_ day of _August_, 2021

**Grantor:**

_/s/ V. C._
VALERY VASILYEV

---

| STATE OF ILLINOIS | ) |
|---|---|
|  | ) ss. |
| COUNTY OF COOK | ) |

    I, the undersigned, a Notary Public in and for said County, in the State aforesaid, **CERTIFY THAT VALERY VASILYEV, a single man,** personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal, this _9ᵗʰ_ day of _August_, 2021.

_____
Notary Public

**Prepared By:** R. Anthony DeFrenza, Esq.
DEFRENZA MOSCONI, PC
707 Skokie Boulevard, Suite 410
Northbrook, Illinois 60062

**Mail To:** David Morris, Esq.
ATTORNEY AT LAW
655 Rockland Road, Suite 202
Lake Bluff, Illinois 60044

**Taxpayer:** Deepika Gaddam
66 Hickory Lane
Lincolnshire, Illinois 60069

R ANTHONY DEFRENZA
Official Seal
Notary Public - State of Illinois
My Commission Expires May 23, 2023

VILLAGE OF LINCOLNSHIRE
Real Estate Transfer Tax  **5571**
Sale Price $ 3,600
Sold By: _Matt_