# Exhibit
# 5



Department of State   /   Division of Corporations   /   Search Records   /   Search by Entity Name   /

# Detail by Entity Name

Florida Limited Liability Company
IGIA INVESTMENT LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L21000436318 |
| **FEI/EIN Number** | 87-3354993 |
| **Date Filed** | 10/05/2021 |
| **Effective Date** | 10/05/2021 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

12449 ANTILLE DR
BOCA RATON, FL 33428

**Mailing Address**

12449 ANTILLE DR
BOCA RATON, FL 33428

**Registered Agent Name & Address**

TRUNOVA, ANNA
12449 ANTILLE DR.
BOCA RATON, FL 33428

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

VASILYEV, VALERY
12449 ANTILLE DR
BOCA RATON, FL 33428

Title MGR

TRUNOVA, ANNA
12449 ANTILLE DR
BOCA RATON, FL 33428

**Annual Reports**

| **Report Year** | **Filed Date** |
|---|---|

2022                    01/24/2022

**Document Images**

| | |
|---|---|
| 01/24/2022 -- ANNUAL REPORT | View image in PDF format |
| 10/05/2021 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations