# Exhibit 6

CFN 20220504672
OR BK 34034 PG 594
RECORDED 12/22/2022 2:11 PM
AMT: $1,400,000.00
DEED DOC $9,800.00
Palm Beach County, Florida
Joseph Abruzzo, Clerk
Pgs: 594 - 595; (2pgs)

Prepared by and return to:
Michelle Schechner
Beighley, Myrick, Udell & Lynne, P.A.
2385 Northwest Executive Center Drive
Suite #250
Boca Raton, FL 33431
(954) 784-3298
File No 19-3212-0001-LU

Parcel Identification No 12-42-46-12-00-000-3141

[Space Above This Line For Recording Data]

# WARRANTY DEED
(STATUTORY FORM – SECTION 689.02, F.S.)

**This indenture** made the __16th__ day of __December__, 20__22__ between **Edmond Etienne, a married man, and Kettly Etienne, a married woman**, whose post office address is **4809 Modern Drive, Delray Beach, FL 33445**, of the County of Palm Beach, State of Florida, Grantors, to **IGIA INVESTMENT, LLC, a Florida Limited Liability Company, and Valery Vasilyev, a single man, and Anna Trunova, a single woman, as joint tenants with right of survivorship**, whose post office address is **13415 Barwick Road, Delray Beach, FL 33445**, of the County of Palm Beach, State of Florida, Grantees:

**Witnesseth**, that said Grantors, for and in consideration of the sum of TEN DOLLARS (U.S.$10.00) and other good and valuable considerations to said Grantors in hand paid by said Grantees, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said Grantees, and Grantees' heirs and assigns forever, the following described land, situate, lying and being in Palm Beach, Florida, to-wit:

The South Half of the North Two-Fifths of the East Half of the Southeast Quarter of the Southeast Quarter of the Northwest Quarter of Section 12, Township 46 South, Range 42 East, Palm Beach County, Florida, LESS the East 40 feet thereof for road right-of-way.

**Grantors warrant** that at the time of this conveyance, the subject property is not the Grantors' homestead within the meaning set forth in the constitution of the State of Florida, nor is it contiguous to or a part of a homestead property. Grantors' residence and homestead address is: 4809 Modern Drive, Delray Beach, FL 33445.

**Together with** all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**Subject to** taxes for 2022 and subsequent years, not yet due and payable; covenants, restrictions, easements, reservations and limitations of record, if any.

**TO HAVE AND TO HOLD** the same in fee simple forever.

**And** Grantors hereby covenant with the Grantees that the Grantors are lawfully seized of said land in fee simple, that Grantors have good right and lawful authority to sell and convey said land and that the Grantors hereby fully warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever.

CFN 20220504672
OR BK 34034 PG 595
Pg: 2 of 2

**In Witness Whereof,** Grantors have hereunto set Grantors' hand and seal the day and year first above written.

*Signed, sealed and delivered in our presence:*

_____
WITNESS SIGNATURE
WITNESS PRINTED NAME: Jeannette Grenier

_____
WITNESS SIGNATURE
WITNESS PRINTED NAME: Carol Williams

_____
Edmond Etienne

_____
Kettly Etienne

STATE OF Florida
COUNTY OF Palm Beach

The foregoing instrument was acknowledged before me by means of ( x ) physical presence or ( ) online notarization this 16th day of December, 2022, by Edmond Etienne and Kettly Etienne.

Signature of Notary Public Jeannette Grenier
Print, Type/Stamp Name of Notary

Personally Known: _____ OR Produced Identification: X
Type of Identification
Produced: Driver License

JEANNETTE GRENIER
Notary Public - State of Florida
Commission # GG 925339
My Comm. Expires Dec 1, 2023
Bonded through National Notary Assn.

NOT A CERTIFIED COPY