AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TELARI MANAGEMENT FZC LLC<br><br>*Plaintiff(s)*<br>v.<br><br>VALERY VASILYEV,<br>ANNA TRUNOVA,<br>TVTEKA LTD., and<br>IGIA INVESTMENT LLC<br>*Defendant(s)* | Civil Action No. 9:23-cv-80640 MIDDLEBROOKS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VALERY VASILYEV
12449 ANTILLE DRIVE
BOCA RATON, FL 33428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Shayefar, Law Office of Matthew Shayefar, PC
750 N. San Vicente Blvd, 800 West
West Hollywood, CA 90069
matt@shayefar.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 12, 2023

Angela E. Noble
Clerk of Court

SUMMONS

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TELARI MANAGEMENT FZC LLC | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 9:23-cv-80640 MIDDLEBROOKS |
| VALERY VASILYEV, ANNA TRUNOVA, TVTEKA LTD., and IGIA INVESTMENT LLC | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IGIA INVESTMENT LLC
C/O ANNA TRUNOVA, REGISTERED AGENT
12449 ANTILLE DRIVE
BOCA RATON, FL 33428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Shayefar, Law Office of Matthew Shayefar, PC
750 N. San Vicente Blvd, 800 West
West Hollywood, CA 90069
matt@shayefar.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 12, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TELARI MANAGEMENT FZC LLC <br><br> *Plaintiff(s)* <br> v. <br><br> VALERY VASILYEV, <br> ANNA TRUNOVA, <br> TVTEKA LTD., and <br> IGIA INVESTMENT LLC <br> *Defendant(s)* | Civil Action No.  9:23-cv-80640  MIDDLEBROOKS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANNA TRUNOVA
12449 ANTILLE DRIVE
BOCA RATON, FL 33428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Shayefar, Law Office of Matthew Shayefar, PC
750 N. San Vicente Blvd, 800 West
West Hollywood, CA 90069
matt@shayefar.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 12, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TELARI MANAGEMENT FZC LLC<br><br>*Plaintiff(s)*<br>v.<br>VALERY VASILYEV,<br>ANNA TRUNOVA,<br>TVTEKA LTD., and<br>IGIA INVESTMENT LLC<br>*Defendant(s)* | Civil Action No. 9:23-cv-80640 MIDDLEBROOKS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TVTEKA LTD.
C/O VALERY VASILYEV, PRESIDENT
12449 ANTILLE DRIVE
BOCA RATON, FL 33428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Shayefar, Law Office of Matthew Shayefar, PC
750 N. San Vicente Blvd, 800 West
West Hollywood, CA 90069
matt@shayefar.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Angela E. Noble
Clerk of Court

Date: Apr 12, 2023

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts