# Exhibit 1

TELARI MANAGEMENT FZC LLC

INVOICE# 100322
10-03-22
Contract #010217
from Febr. 1-st, 2017

Contractor
TELARI MANAGEMENT FZC LLC
B-1105-15 – Grand Tower, Ajman, UAE

Customer
TVTEKA LTD.
4020 Greenleaf St. Skokie IL 60076
USA

| # | SERVICE DESCRIPTION | Q'ty | Unit price | TOTAL |
|---|---|---|---|---|
| 1 | SWE: Single Rack Colocation(Electricity, Cooling) | 9 | 1350 | $ 12,150.00 |
| 2 | Managed Colocation (Hardware setup) per hour | 24 | 150 | $ 3,600.00 |
| 3 | Bandwidth Cogent, per 1Gbit 95% consumption | 6 | 2000 | $ 12,000.00 |
| 4 | Bandwidth level3, per 1Gbit 95% consumption | 3 | 2600 | $ 7,800.00 |
| 5 | Switch rent: Juniper EX3300-48P | 12 | 450 | $ 5,400.00 |
| 6 | Managed Server: Microcloud Core I3(5038ML-H12TRF) | 3 | 4425 | $ 13,275.00 |
| 7 | Managed Server: 2U SuperServer (SYS-6028R-TR) | 2 | 1750 | $ 3,500.00 |
| 8 | Gold SLA (2h response time) 24/7/365 Availability, per server | 3 | 1060 | $ 3,180.00 |
| 9 | HSIP Connection to local traffic exchange, 1GE | 1 | 3300 | $ 3,300.00 |
| 10 | Bandwith overage Level3, per 1Mbit, 95% Consumption | 280 | 3 | $ 840.00 |
| 11 | Bandwith overage Cogent, per 1Mbit, 95% Consumption | 760 | 2.5 | $ 1,900.00 |
| 12 | Outsourced support: Server management, per hour | 121 | 12 | $ 1,452.00 |
| 13 | Placement of informational materials on CDN network, 1TB | 189 | 35 | $ 6,615.00 |
|   | TOTAL |   |   | $ 75,012.00 |

The payment can be posted by bank transfer:
IBAN USD #: AE430400000332755571002
Bank name:
RAKBANK
SWIFT: NRAKAEAK

Maxim Maximov/ Director/

TELARI MANAGEMENT FZC LLC

INVOICE# 120422
12-04-22
Contract #010217
from Febr. 1-st, 2017

Contractor
TELARI MANAGEMENT FZC LLC
B-1105-15 – Grand Tower, Ajman, UAE

Customer
TVTEKA LTD.
4020 Greenleaf St. Skokie IL 60076
USA

| # | SERVICE DESCRIPTION | Q'ty | Unit price | TOTAL |
|---|---|---|---|---|
| 1 | SWE: Single Rack Colocation(Electricity, Cooling) | 11 | 1350 | $ 14,850.00 |
| 2 | Managed Colocation (Hardware setup) per hour | 31 | 150 | $ 4,650.00 |
| 3 | Bandwidth Cogent, per 1Gbit 95% consumption | 5 | 2000 | $ 10,000.00 |
| 4 | Bandwidth level3, per 1Gbit 95% consumption | 4 | 2600 | $ 10,400.00 |
| 5 | Switch rent: Juniper EX3300-48P | 10 | 450 | $ 4,500.00 |
| 6 | Managed Server: Microcloud Core I3(5038ML-H12TRF) | 2 | 4425 | $ 8,850.00 |
| 7 | Managed Server: 2U SuperServer (SYS-6028R-TR) | 4 | 1750 | $ 7,000.00 |
| 8 | Gold SLA (2h response time) 24/7/365 Availability, per server | 5 | 1060 | $ 5,300.00 |
| 9 | HSIP Connection to local traffic exchange, 1GE | 1 | 3300 | $ 3,300.00 |
| 10 | Bandwith overage Level3, per 1Mbit, 95% Consumption | 308 | 3 | $ 924.00 |
| 11 | Bandwith overage Cogent, per 1Mbit, 95% Consumption | 800 | 2.5 | $ 2,000.00 |
| 12 | Outsourced support: Server management, per hour | 130 | 12 | $ 1,560.00 |
| 13 | Placement of informational materials on CDN network, 1TB | 201 | 35 | $ 7,035.00 |
|  | TOTAL |  |  | $ 80,369.00 |

The payment can be posted by bank transfer:
IBAN USD #: AE430400000332755571002
Bank name:
RAKBANK
SWIFT: NRAKAEAK

_____ Maxim Maximov/ Director/

TELARI MANAGEMENT FZC LLC

INVOICE# 120522
12-05-22
Contract #010217
from Febr. 1-st, 2017

Contractor
TELARI MANAGEMENT FZC LLC
B-1105-15 – Grand Tower, Ajman, UAE

Customer
TVTEKA LTD.
4020 Greenleaf St. Skokie IL 60076
USA

| # | SERVICE DESCRIPTION | Q'ty | Unit price | TOTAL |
|---|---|---|---|---|
| 1 | SWE: Single Rack Colocation(Electricity, Cooling) | 8 | 1350 | $ 10,800.00 |
| 2 | Managed Colocation (Hardware setup) per hour | 22 | 150 | $ 3,300.00 |
| 3 | Bandwidth Cogent, per 1Gbit 95% consumption | 2 | 2000 | $ 4,000.00 |
| 4 | Bandwidth level3, per 1Gbit 95% consumption | 2 | 2600 | $ 5,200.00 |
| 5 | Switch rent: Juniper EX3300-48P | 4 | 450 | $ 1,800.00 |
| 6 | Managed Server: Microcloud Core I3(5038ML-H12TRF) | 2 | 4425 | $ 8,850.00 |
| 7 | Managed Server: 2U SuperServer (SYS-6028R-TR) | 1 | 1750 | $ 1,750.00 |
| 8 | Gold SLA (2h response time) 24/7/365 Availability, per server | 5 | 1060 | $ 5,300.00 |
| 9 | HSIP Connection to local traffic exchange, 1GE | 1 | 3300 | $ 3,300.00 |
| 10 | Bandwith overage Level3, per 1Mbit, 95% Consumption | 400 | 3 | $ 1,200.00 |
| 11 | Bandwith overage Cogent, per 1Mbit, 95% Consumption | 806 | 2.5 | $ 2,015.00 |
| 12 | Outsourced support: Server management, per hour | 136 | 12 | $ 1,632.00 |
| 13 | Placement of informational materials on CDN network, 1TB | 202 | 35 | $ 7,070.00 |
|   | TOTAL |   |   | $ 56,217.00 |

The payment can be posted by bank transfer:
IBAN USD #: AE430400000332755571002
Bank name:
RAKBANK
SWIFT: NRAKAEAK

_____ Maxim Maximov/ Director/

TELARI MANAGEMENT FZC LLC

INVOICE# 140223
14-02-23
Contract #010217
from Febr. 1-st, 2017

Contractor
TELARI MANAGEMENT FZC LLC
B-1105-15 – Grand Tower, Ajman, UAE

Customer
TVTEKA LTD.
4020 Greenleaf St. Skokie IL 60076
USA

| # | SERVICE DESCRIPTION | Q'ty | Unit price | TOTAL |
|---|---|---|---|---|
| 1 | SWE: Single Rack Colocation(Electricity, Cooling) | 9 | 1350 | $ 12,150.00 |
| 2 | Managed Colocation (Hardware setup) per hour | 28 | 150 | $ 4,200.00 |
| 3 | Bandwidth Cogent, per 1Gbit 95% consumption | 4 | 2000 | $ 8,000.00 |
| 4 | Bandwidth level3, per 1Gbit 95% consumption | 3 | 2600 | $ 7,800.00 |
| 5 | Switch rent: Juniper EX3300-48P | 3 | 450 | $ 1,350.00 |
| 6 | Managed Server: Microcloud Core I3(5038ML-H12TRF) | 2 | 4425 | $ 8,850.00 |
| 7 | Managed Server: 2U SuperServer (SYS-6028R-TR) | 3 | 1750 | $ 5,250.00 |
| 8 | Gold SLA (2h response time) 24/7/365 Availability, per server | 5 | 1060 | $ 5,300.00 |
| 9 | HSIP Connection to local traffic exchange, 1GE | 4 | 3300 | $ 13,200.00 |
| 10 | Bandwith overage Level3, per 1Mbit, 95% Consumption | 1089 | 3 | $ 3,267.00 |
| 11 | Bandwith overage Cogent, per 1Mbit, 95% Consumption | 994 | 2.5 | $ 2,485.00 |
| 12 | Outsourced support: Server management, per hour | 389 | 12 | $ 4,668.00 |
| 13 | Placement of informational materials on CDN network, 1TB | 488 | 35 | $ 17,080.00 |
| 14 | Invoice #101022 payment overdue 2200 usd | 2 | 2200 | $ 4,400.00 |
| | TOTAL | | | $ 98,000.00 |

The payment can be posted by bank transfer:
IBAN USD #: AE430400000332755571002
Bank name:
RAKBANK
SWIFT: NRAKAEAK

_____ Maxim Maximov/ Director/

TELARI MANAGEMENT FZC LLC

INVOICE# 240822
24-08-22
Contract #010217
from Febr. 1-st, 2017

Contractor
TELARI MANAGEMENT FZC LLC
B-1105-15 – Grand Tower, Ajman, UAE

Customer
TVTEKA LTD.
4020 Greenleaf St. Skokie IL 60076
USA

| # | SERVICE DESCRIPTION | Q'ty | Unit price | TOTAL |
|---|---|---|---|---|
| 1 | SWE: Single Rack Colocation(Electricity, Cooling) | 6 | 1350 | $ 8,100.00 |
| 2 | Managed Colocation (Hardware setup) per hour | 16 | 150 | $ 2,400.00 |
| 3 | Bandwidth Cogent, per 1Gbit 95% consumption | 1 | 2000 | $ 2,000.00 |
| 4 | Bandwidth level3, per 1Gbit 95% consumption | 1 | 2600 | $ 2,600.00 |
| 5 | Switch rent: Juniper EX3300-48P | 1 | 450 | $ 450.00 |
| 6 | Managed Server: Microcloud Core I3(5038ML-H12TRF) | 2 | 4425 | $ 8,850.00 |
| 7 | Managed Server: 2U SuperServer (SYS-6028R-TR) | 2 | 1750 | $ 3,500.00 |
| 8 | Gold SLA (2h response time) 24/7/365 Availability, per server | 2 | 1060 | $ 2,120.00 |
| 9 | HSIP Connection to local traffic exchange, 1GE | 2 | 3300 | $ 6,600.00 |
| 10 | Bandwith overage Level3, per 1Mbit, 95% Consumption | 399 | 3 | $ 1,197.00 |
| 11 | Bandwith overage Cogent, per 1Mbit, 95% Consumption | 701 | 2.5 | $ 1,752.50 |
| 12 | Outsourced support: Server management, per hour | 188 | 12 | $ 2,256.00 |
| 13 | Placement of informational materials on CDN network, 1TB | 179 | 35 | $ 6,265.00 |
|   | TOTAL |   |   | $ 48,090.50 |

The payment can be posted by bank transfer:
IBAN USD #: AE4304000000332755571002
Bank name:
RAKBANK
SWIFT: NRAKAEAK

_____ Maxim Maximov/ Director/

TELARI MANAGEMENT FZC LLC

INVOICE# 241122
24-11-22
Contract #010217
from Febr. 1-st, 2017

Contractor
TELARI MANAGEMENT FZC LLC
B-1105-15 – Grand Tower, Ajman, UAE

Customer
TVTEKA LTD.
4020 Greenleaf St. Skokie IL 60076
USA

| # | SERVICE DESCRIPTION | Q'ty | Unit price | TOTAL |
|---|---|---|---|---|
| 1 | SWE: Single Rack Colocation(Electricity, Cooling) | 4 | 1350 | $ 5,400.00 |
| 2 | Managed Colocation (Hardware setup) per hour | 12 | 150 | $ 1,800.00 |
| 3 | Bandwidth Cogent, per 1Gbit 95% consumption | 1 | 2000 | $ 2,000.00 |
| 4 | Bandwidth level3, per 1Gbit 95% consumption | 1 | 2600 | $ 2,600.00 |
| 5 | Switch rent: Juniper EX3300-48P | 3 | 450 | $ 1,350.00 |
| 6 | Managed Server: Microcloud Core I3(5038ML-H12TRF) | 1 | 4425 | $ 4,425.00 |
| 7 | Managed Server: 2U SuperServer (SYS-6028R-TR) | 2 | 1750 | $ 3,500.00 |
| 8 | Gold SLA (2h response time) 24/7/365 Availability, per server | 3 | 1060 | $ 3,180.00 |
| 9 | HSIP Connection to local traffic exchange, 1GE | 3 | 3300 | $ 9,900.00 |
| 10 | Bandwith overage Level3, per 1Mbit, 95% Consumption | 800 | 3 | $ 2,400.00 |
| 11 | Bandwith overage Cogent, per 1Mbit, 95% Consumption | 990 | 2.5 | $ 2,475.00 |
| 12 | Outsourced support: Server management, per hour | 301 | 12 | $ 3,612.00 |
| 13 | Placement of informational materials on CDN network, 1TB | 444 | 35 | $ 15,540.00 |
| 14 | Invoice #101022 payment overdue 2200 usd | 1 | 2200 | $ 2,200.00 |
|  | TOTAL |  |  | $ 60,382.00 |

The payment can be posted by bank transfer:
IBAN USD #: AE430400000332755571002
Bank name:
RAKBANK
SWIFT: NRAKAEAK

_____ Maxim Maximov/ Director/

TELARI MANAGEMENT FZC LLC

INVOICE# 270722
27/07/2022
Contract #010217
from Febr. 1-st, 2017

Contractor
TELARI MANAGEMENT FZC LLC
B-1105-15 – Grand Tower, Ajman, UAE

Customer
TVTEKA LTD.
4020 Greenleaf St. Skokie IL 60076
USA

| # | SERVICE DESCRIPTION | Q'ty | Unit price | TOTAL |
|---|---|---|---|---|
| 1 | SWE: Single Rack Colocation(Electricity, Cooling) | 11 | 1350 | $ 14.850,00 |
| 2 | Managed Colocation (Hardware setup) per hour | 33 | 150 | $ 4.950,00 |
| 3 | Bandwidth Cogent, per 1Gbit 95% consumption | 4 | 2000 | $ 8.000,00 |
| 4 | Bandwidth level3, per 1Gbit 95% consumption | 4 | 2600 | $ 10.400,00 |
| 5 | Switch rent: Juniper EX3300-48P | 5 | 450 | $ 2.250,00 |
| 6 | Managed Server: Microcloud Core I3(5038ML-H12TRF) | 4 | 4425 | $ 17.700,00 |
| 7 | Managed Server: 2U SuperServer (SYS-6028R-TR) | 4 | 1750 | $ 7.000,00 |
| 8 | Gold SLA (2h response time) 24/7/365 Availability, per server | 9 | 1060 | $ 9.540,00 |
| 9 | HSIP Connection to local traffic exchange, 1GE | 3 | 3300 | $ 9.900,00 |
| 10 | Bandwith overage Level3, per 1Mbit, 95% Consumption | 433 | 3 | $ 1.299,00 |
| 11 | Bandwith overage Cogent, per 1Mbit, 95% Consumption | 790 | 2,5 | $ 1.975,00 |
| 12 | Outsourced support: Server management, per hour | 202 | 12 | $ 2.424,00 |
| 13 | Placement of informational materials on CDN network, 1TB | 243 | 35 | $ 8.505,00 |
| | TOTAL | | | $ 98.793,00 |

The payment can be posted by bank transfer:
IBAN USD #: AE430400000332755571002
Bank name:
RAKBANK
SWIFT: NRAKAEAK

Maxim Maximov/ Director/

TELARI MANAGEMENT FZC LLC

INVOICE# 090622
09-06-22
Contract #010217
from Febr. 1-st, 2017

Contractor
TELARI MANAGEMENT FZC LLC
B-1105-15 – Grand Tower, Ajman, UAE

Customer
TVTEKA LTD.
4020 Greenleaf St. Skokie IL 60076
USA

| # | SERVICE DESCRIPTION | Q'ty | Unit price | TOTAL |
|---|---|---|---|---|
| 1 | SWE: Single Rack Colocation(Electricity, Cooling) | 10 | 1350 | $ 13,500.00 |
| 2 | Managed Colocation (Hardware setup) per hour | 28 | 150 | $ 4,200.00 |
| 3 | Bandwidth Cogent, per 1Gbit 95% consumption | 4 | 2000 | $ 8,000.00 |
| 4 | Bandwidth level3, per 1Gbit 95% consumption | 4 | 2600 | $ 10,400.00 |
| 5 | Switch rent: Juniper EX3300-48P | 4 | 450 | $ 1,800.00 |
| 6 | Managed Server: Microcloud Core I3(5038ML-H12TRF) | 3 | 4425 | $ 13,275.00 |
| 7 | Managed Server: 2U SuperServer (SYS-6028R-TR) | 3 | 1750 | $ 5,250.00 |
| 8 | Gold SLA (2h response time) 24/7/365 Availability, per server | 6 | 1060 | $ 6,360.00 |
| 9 | HSIP Connection to local traffic exchange, 1GE | 2 | 3300 | $ 6,600.00 |
| 10 | Bandwith overage Level3, per 1Mbit, 95% Consumption | 300 | 3 | $ 900.00 |
| 11 | Bandwith overage Cogent, per 1Mbit, 95% Consumption | 655 | 2.5 | $ 1,637.50 |
| 12 | Outsourced support: Server management, per hour | 133 | 12 | $ 1,596.00 |
| 13 | Placement of informational materials on CDN network, 1TB | 191 | 35 | $ 6,685.00 |
|   | TOTAL |   |   | $ 80,203.50 |

The payment can be posted by bank transfer:
IBAN USD #: AE430400000332755571002
Bank name:
RAKBANK
SWIFT: NRAKAEAK

Maxim Maximov/ Director/