# Exhibit 2



## **Exhibit 2.1 Translation Russian to English**

All your arguments are 100% correct. You are right. I admit it. But I didn't lie and didn't wag, you have all the balances. They told me to pay, I repeated. I do not relieve myself of guilt or responsibility. The credibility is undermined, I agree. 15 years worked without serious punctures. I don't see the need to involve a third party. I do not deny anything and vice versa I say and offer with interest. We can do it as a loan. I do not need for a long time, in the near future I will decide everything and close the hole. In addition, I will tell you the details of the situation, so that it is clearer, if you are interested. I do not want to cut off all ends, especially on a bad terms. Please help, give time, I'm sure that we can still be useful to each other.



**Вал Васильев**
был(-а) вчера в 23:42

Я не оправдываюсь, а признаю свою вину.
Бизнесмен , не тот кто не совершает ошибки, а тот кто их исправляет и двигается вперёд.
Я исправляю и исправлю.
Есть предложение которое тебе наверное не понравиться.
Я не знаю как устроен бизнес с платёжками, по этому на самом деле не могу реально оценить ущерб.
Предложить хочу продолжить работу и вернуть платежи в Америку, чтобы избежать дополнительных потерь
Как с нуля , с чистого листа.
Зафиксировать сумму моего долга и интерес который я плачу.
Всё что будет приходить будет уходить куда вам надо , хостерам, расходы. Ни копейки не будет оставаться у меня.
Можно начать с самых не больших сумм , просто оставить работать мерчантов которые выстроены, настроены , дались не легко, проверены и работают.
Платёжки работают.

## **Exhibit 2.2 Translation Russian to English**

I do not make excuses, but I admit my guilt. A businessman is not the one who makes mistakes, but the one who corrects them and moves forward. I fix and I will fix. There is an offer that you probably won't like. I don't know how the payment business works, so I can't really assess the damage. I want to offer to continue working and return payments to America in order to avoid additional losses. Like from scratch. Fix the amount of my debt and the interest that I pay. Everything that comes in will go where you need it, hosters, expenses. Not a penny will be left with me. You can start with the largest amounts, just leave the merchants who are built, configured, not easy to work with, tested and work. Payments are working...