# Exhibit 3



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
THE VILLA OF DELRAY LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L21000311795 |
| **FEI/EIN Number** | 87-1644913 |
| **Date Filed** | 07/07/2021 |
| **Effective Date** | 07/07/2021 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

12449 ANTILLE DR.
BOCA RATON, FL 33428

### Mailing Address

12449 ANTILLE DR
BOCA RATON, FL 33428

### Registered Agent Name & Address

TRUNOVA, ANNA
12449 ANTILLE DR
BOCA RATON, FL 33428

### Authorized Person(s) Detail

**Name & Address**

Title MGR

VASILYEV, VALERY
12449 ANTILLE DR
BOCA RATON, FL 33428

Title MGR

TRUNOVA, ANNA
12449 ANTILLE DR
BOCA RATON, FL 33428

### Annual Reports

| Report Year | Filed Date |
|---|---|

| 2022 | 01/24/2022 |
| 2023 | 01/23/2023 |

**Document Images**

| | |
|---|---|
| 01/23/2023 -- ANNUAL REPORT | View image in PDF format |
| 01/24/2022 -- ANNUAL REPORT | View image in PDF format |
| 07/07/2021 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations