# Exhibit 5



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
IGIA INVESTMENT LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L21000436318 |
| **FEI/EIN Number** | 87-3354993 |
| **Date Filed** | 10/05/2021 |
| **Effective Date** | 10/05/2021 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

12449 ANTILLE DR
BOCA RATON, FL 33428

**Mailing Address**

12449 ANTILLE DR
BOCA RATON, FL 33428

**Registered Agent Name & Address**

TRUNOVA, ANNA
12449 ANTILLE DR.
BOCA RATON, FL 33428

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

VASILYEV, VALERY
12449 ANTILLE DR
BOCA RATON, FL 33428

Title MGR

TRUNOVA, ANNA
12449 ANTILLE DR
BOCA RATON, FL 33428

**Annual Reports**

| Report Year | Filed Date |
|---|---|

| 2022 | 01/24/2022 |
|---|---|

**Document Images**

| | |
|---|---|
| 01/24/2022 -- ANNUAL REPORT | View image in PDF format |
| 10/05/2021 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations