UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  9:23-cv-80640-DMM

TELARI MANAGEMENT FZC LLC,
   Plaintiff,

vs.

VALERY VASILYEV,
ANNA TRUNOVA,
TVTEKA LTD., and
IGIA INVESTMENT LLC,
   Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Terlari Management FZC LLC hereby voluntarily dismisses <u>without</u> prejudice this action pursuant to Fed. R. Civ. P. 41(a). Defendants have not yet served answers or motions for summary judgment in this action. Plaintiff's dismissal is therefore proper under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 30, 2023

                                                  Plaintiff,
                                                  Telari Management FZC LLC
                                                  By its attorneys,

                                                  /s/ Matthew Shayefar, Esq.
                                                  Matthew Shayefar (FL Bar No. 126465)
                                                  Law Office of Matthew Shayefar, PC
                                                  750 N. San Vicente Blvd, 800 West
                                                  West Hollywood, CA 90069
                                                  Tel: 323-948-8101
                                                  matt@shayefar.com