UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-80640-CV-MIDDLEBROOKS

TELARI MANAGEMENT FZC LLC,

    Plaintiff,

v.

VALERY VASILYEV, ANNA TRUNOVA, TVTEKA LTD., and IGIA INVESTMENT LLC,

    Defendants.

_____/

## AMENDED ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal without prejudice, filed May 30, 2023. (DE 8). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither. Accordingly, it is:

**ORDERED AND ADJUDGED** that the Order Dismissing Case (DE 9) is **STRICKEN.** The case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court shall **CLOSE THIS CASE.** All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 31st day of May, 2023.

                                                Donald M. Middlebrooks
                                                United States District Judge

cc:    Counsel of Record